**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Cheryl T. Allison<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-16304 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Specialized Loan Servicing LLC as servicer for Wells Fargo Bank, N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW and index same on the master mailing list.

      Respectfully submitted,

      **/s/ Matteo S. Weiner , Esquire**
      Matteo S. Weiner, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322 FAX (215) 627-7734