## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cheryl T. Allison<br>**Debtor(s)** | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for<br>Wells Fargo Bank, N.A. as Trustee for the<br>MASTR Asset Backed Securities Trust 2007-<br>NCW Mortgage Pass-Through Certificates Series<br>2007-NCW<br>**Movant** | NO. 17-16304 JKF |
| vs. | 11 U.S.C. Section 362 |
| Cheryl T. Allison<br>**Debtor** | |
| Frederick L. Reigle, Esq.<br>**Trustee** | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by Movant on the Debtor's residence is **$7,040.88**, which breaks down as follows;

Post-Petition Payments:          October 2017 through March 2018 at $1,173.48 each
**Total Post-Petition Arrears      $7,040.88**

2. Debtor shall cure said arrearages in the following manner;

a). Beginning April 2018 and continuing through September 2018, until the arrearages are cured, Debtor shall pay the present regular monthly payment of **$1,173.48** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$1,173.48** towards the arrearages on or before the last day of each month at the address below;

**Specialized Loan Servicing LLC**
**PO Box 636007**
**Littleton, CO 80163**.

b). Maintenance of current monthly mortgage payments to Movant thereafter.

3. Should Debtor provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.      In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

5.      The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.      If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court shall enter an order granting Movant relief from the automatic stay.

7.      If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.      The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.      The parties agree that a facsimile signature shall be considered an original signature.


Date: _____          By:     /s/ Kevin G. McDonald, Esquire
                                          Kevin G. McDonald, Esquire
                                          Attorney for Movant

Date: 3 26 18                             Zachary Perlick, Esquire
                                          Attorney for Debtor


Date: 4/2/18                              Frederick L. Reigle, Esquire
                                          Chapter 13 Trustee


Approved by the Court this _____ day of _____, 2018. However, the court retains discretion regarding entry of any further order.


                                  _____
                                  Bankruptcy Judge
                                  Jean K. Fitzsimon